February 15, 2015.
Gary Beason #1743056
William G. McConnell Unit
3001 S. Emily Dr.
Beeville, Texas 78102
42,787-03

Abel Acosta, Court Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308 Capital Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 19 2015
Abel Acosta, Clerk

In Re: 11.07 in Cause No. CR21120-A, out of Brown County.

Dear Mr. Acosta;

Would you please tell me why my 11.07 application was denied? And can I resubmit, if merely out of compliance?

Your time and answer is highly appreciated.

Gary Beason
GARY Beason